E-filed 2/23/2017

1  **JOSEPH M. SWEENEY, ESQ. (78363)**
   **MATTHEW J. WENDT, ESQ. (267830)**
2  **SWEENEY, MASON, WILSON & BOSOMWORTH**
   A Professional Law Corporation
3  983 University Avenue, Suite 104C
4  Los Gatos, CA  95032-7637
   Telephone:  (408) 356-3000
5  Facsimile:  (408) 354-8839

6  Attorneys for Use-Plaintiff,
7  WATERPROOFING ASSOCIATES, INC.

8

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

9

DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of: WATERPROOFING ASSOCIATES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation; and DOES 1-10, inclusive <br><br> Defendant. | CASE NO. 5:17-cv-00107-HRL <br><br> **ORDER OF DISMISSAL** |

20   WHEREAS Plaintiff filed the above referenced action on January 10, 2017;

21   WHEREAS Defendant INTERNATIONAL FIDELITY INSURANCE COMPANY has not been
22   served and has, therefore, not appeared in this action;

23   WHEREAS the claim of Plaintiff has been satisfied;

24   NOW, THEREFORE, IT IS HEREBY ORDERED that this case is dismissed, with prejudice.

25

26   Dated:  2/23/2017                         _____
                                                HOWARD R. LLOYD
27                                              MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
                                                ~~or  By the Clerk of the U.S. District Court, Northern District~~
28

_____
**ORDER OF DISMISSAL**                                                                                      1